June 25, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES P. DOYLE, Appellant

NO. 14-15-00490-CV                    V.

HOME STATE COUNTY MUTUAL INSURANCE COMPANY, Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the judgment signed by the court below on March 2, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.